UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CATUCCI HOME HEATING OIL, INC.,                 :    Case No.: 15-22673 (RDD)
                                                :
              Debtor.                           :
------------------------------------------------------------x

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") under 11 U.S.C. § 330 for professional services rendered and expenses incurred by counsel for the debtor and debtor in possession herein from May 13, 2015 through July 19, 2016; and a hearing having been held before this Court to consider the Application on August 23, 2016; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted to the extent set forth in the attached Schedules A and B.

Dated:  White Plains, New York
        September 13, 2016

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE
                                        Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.: 15-22673 (RDD)          **CURRENT INTERIM FEE PERIOD**     Schedule A
Case Name: CATUCCI HOME HEATING OIL, INC.          May 13, 2015-July 23, 2016

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Bronson Law Offices, P.C. | 7/22/2016 Dkt. No.:58 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $10,000 | $0.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED: 9/13/2016          INITIALS: RDD USBJ

Case No.: 15-22673 (RDD)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: CATUCCI HOME HEATING OIL, INC.  May 13, 2015-July 23, 2016

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees to be Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: 9/13/2016        INITIALS: RDD  USBJ