UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
:
      Catucci Home Heating Oil, Inc.     :    Case No. 15-22673-RDD
:
                                         :    Chapter 11
:
_____x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$10,000 FEE for ATTORNEY for DEBTOR

N/A    OTHER PROFESSIONAL FEES and ALL EXPENSES

_____

N/A    TRUSTEE FEE (if applicable)

N/A    FEE for ATTORNEY for TRUSTEE (if applicable)

_____

10%    DIVIDEND PAID/TO BE PAID

N/A    FUTURE DIVIDENDS (check if % of future dividend under plan not yet
            able to be determined)

_____

YES    INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____

DATE: 11/8/2017                        BRONSON LAW OFFICES, P.C.

                                                   BY: /s/ H. Bruce Bronson
                                                   Counsel for the Reorganized Debtor
                                                   480 Mamaroneck Avenue
                                                   Harrison, New York 10528
                                                   hbbronson@bronsonlaw.net